UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

"IN ADMIRALTY"
CASE NO. 4:11-CV-10074-JLK

JTR ENTERPRISES, LLC,

    Plaintiff,

CLAWDB, LLC, et al.,

    Intervening Plaintiff,

vs.

AN UNKNOWN QUANTITY OF
COLUMBIAN EMERALDS, ETC.,

    Defendant *in rem*,

and

MOTIVATION, INC.,

    Claimant.
_____/

## ORDER DENYING MOTIVATION'S MOTION TO DISMISS WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court on Claimant Motivation, Inc.'s ("Motivation") Motion to Dismiss its Claim with Reservations Relative to Post-Dismissal Actions (the "Motion to Dismiss") (DE #118), filed August 17, 2012. Therein, Motivation seeks dismissal without prejudice of its Amended Verified Claim (DE #94), but asks the Court to retain jurisdiction for sixty (60) days to entertain a possible Rule 11 motion for sanctions. In consideration of the foregoing, the Court finds that the Motion to Dismiss should be denied without prejudice to reconsider after the issue of sanctions has been resolved.

1

Accordingly, upon consideration of the record and being fully advised, it is **ORDERED, ADJUDGED, and DECREED** that Motivation's Motion **(DE #118)** be, and the same is hereby, **DENIED without prejudice** to renew after the issue of sanction is resolved.

**DONE and ORDERED**, in Chambers, at Miami, Florida, this 21st day of August, 2012.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies to counsel of record