UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## IN ADMIRALTY

Key West Division
CASE NO.4:11-CV-10074-JLK

JTR ENTERPRISES, LLC
A Delaware Limited Liability Company

      Plaintiff,

vs.

An Unknown Quantity of Colombian Emeralds,
Amethysts and Quartz Crystals located within
3,000 yards of a point located at coordinates
24°57.79" North Latitude and 81°55.54" West
Longitude.

      *In Rem* Defendant.
_____/

## ORDER ON JTR'S UNOPPOSED MOTION
## TO CONDUCT FURTHER TESTING/ANALYSIS

THIS CAUSE, having come before the Court upon JTR's Unopposed Motion to Conduct Further Testing/Analysis, and the Court having considered the Motion, being advised the parties are in agreement to the relief being requested, and being otherwise fully advised in the premises, it is hereby,

**ORDERED and ADJUDGED** that JTR's Unopposed Motion is Granted. JTR may send the gemstones recovered during the dive on September 9, 2012 to the AGL, Matco and/or Chemir Laboratories for further testing and analysis.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami-Dade, Florida, this _12_ day of September, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
All Counsel of Record