UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
Key West Division

JTR ENTERPRISES, LLC
A Delaware Limited Liability Company

CASE NO.4:11-cv-10074-JLK
JUDGE: James Lawrence King
MAGISTRATE:

    Plaintiff,

vs.

An Unknown Quantity of Colombian Emeralds, Amethysts and Quartz Crystals located within 3,000 yards of a point located at coordinates 24°57.79" North Latitude and 81°55.54" West Longitude.

    *In Rem* Defendant.
_____/

## ORDER ON DAVID PAUL HORAN'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**THIS CAUSE** came before the Court upon DAVID PAUL HORAN'S Motion to Withdrawal as Attorney of Record and the Court having read and considered the motion, it is accordingly:

**ORDERED AND ADJUDGED** that DAVID PAUL HORAN'S Motion to Withdraw is **GRANTED**. Attorney David Paul Horan is hereby discharged of all duties and responsibilities as counsel of record in these proceedings. Attorneys John M. Siracusa, Melissa D. Lazarchick and Joseph W. Janssen, III shall remain as counsel for the Plaintiff.

**DONE AND ORDERED** in Chambers in Miami, Southern District of Florida, this __11__ day of October, 2012.

*/s/ James Lawrence King*
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record