UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-10074-KING

JTR ENTERPRISES, LLC, a Delaware
Limited Liability Company

    Plaintiff,

v.

Intervenor Plaintiffs

CLAWDB LLC, AZALP, LLC, DARN,
LLC, M VENTURES, LLC,

vs.

COLUMBIAN EMERALDS, an
Unknown Quantity, Amethysts and
Quartz Crystals located within 3,000
yards of a point located at coordinates
24 57 79 North latitude and 81 55 54
West Longitude,

    Defendant.

Claimant

MOTIVATION, INC.,
_____/

**ORDER SETTING ORAL ARGUMENT ON CLAIMANT'S MOTION FOR SANCTIONS (D.E.#123), MOTION TO COMPEL DISCOVERY (D.E. #134) and MOTION TO STRIKE DEFENDANT'S RESPONSE (D.E.# 145)**

THIS MATTER comes before the Court upon claimant's Motion for Sanctions (D.E. #123, filed on August 27, 2012; Claimant's Motion to Compel Discovery for Motion for Sanctions (D.E. #134), filed on October 2, 2012 and Claimant's Motion to Strike Defendant's Response to Motion for Sanctions, (D.E. #145), filed on October 12, 2012. Upon review of the case and being fully advised in the premises thereof, it is

ORDERED, ADJUDGED, and DECREED that the Oral Argument on Claimant's Motions is hereby set on **Tuesday, November 13, 2012, at 9:30 a.m.**, at the United States Courthouse, 301 Simonton Street, First Floor, Courtroom #1, Key West, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 16th day of October, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
**Counsel for Plaintiff:**

**John Marcus Siracusa**
Janssen & Siracusa, P.A.
120 South Olive Avenue, Suite 504
West Palm Beach, FL 33401
305 753 9041
Fax: 561 420 0576
Email: jsiracusa@jasilaw.com

**Joseph William Janssen , III**
Janssen & Siracusa, PA
120 South Olive Avenue
Suite 504
West Palm Beach, FL 33401
561-420-0583
Fax: 561-420-0576
Email: jjanssen@jasilaw.com

**Melissa Devlin Lazarchick**
Janssen & Siracusa, P.A.
120 South Olive Avenue
Suite 504
West Palm Beach, FL 33401
561-420-0583
Fax: 561-420-0576
Email: mlazarchick@jasilaw.com

## *Counsel for Intervenor Plaintiff*

**Jessica L. Martyn**
Troutman Sanders, LLP
150 W. Main Street
Suite 1600
Norfolk, VA 23510
757-687-7706
Email: jessica.martyn@troutmansanders.com

**John E. Holloway**
Troutman Sanders, LLP
150 W. Main Street
Suite 1600
Norfolk, VA 23510
786-687-7724
Email: john.holloway@troutmansanders.com

**Craig Patrick Liszt**
McAlpin Conroy, P.A.
80 SW 8th Street
Suite 2805
Miami, FL 33130
305-810-5400
Email: cliszt@mcalpinconroy.com

**Michael Edward Conroy**
McAlpin & Conroy PA
80 SW 8th Street
Suite 2805
Miami, FL 33130
305-810-5400
Fax: 810-5401
Email: mconroy@mcalpinconroy.com

**<u>Counsel for Claimant</u>**

**Arthur Eugene Lewis , Jr.**
Lewis & White
222 W Georgia Street
PO Drawer 1050
Tallahassee, FL 32301-1050
850-425-5000
Email: lawlaw@polaris.net

**Marlow V. White , Jr.**
Lewis & White
222 W Georgia Street
PO Drawer 1050
Tallahassee, FL 32030-1050
850-425-5000
Fax: 425-5004
Email: lawlaw@polaris.net

**<u>Counsel for Defendant:</u>**

No Appearances