UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Key West Division
CASE NO.4:11-CV-10074-JLK

JTR ENTERPRISES, LLC
A Delaware Limited Liability Company

    Plaintiff,

vs.

An Unknown Quantity of Colombian Emeralds,
Amethysts and Quartz Crystals located within
3,000 yards of a point located at coordinates
24°57.79" North Latitude and 81°55.54" West
Longitude.

    *In Rem* Defendant.
_____/

## ORDER GRANTING CLAIMANT'S MOTION FOR EXTENSION OF TIME TO REPLY

**THIS CAUSE** comes before the Court upon Claimant Motivation, Inc.'s "Motion to Strike JTR's Response to The Motion for Sanctions and Extend Time Within Which to Reply to JTR's Response to Motion for Sanctions" (DE #145), filed October 12, 2012. Therein, Motivation, Inc. requests additional time to file its Reply to Plaintiff JTR Enterprises, LLC's Response (DE #142, filed October 10, 2012) to Claimant's Motion for Sanctions (DE #123, filed August 27, 2012). Upon review of the record, the following is hereby **ORDERED, ADJUDGED AND DECREED**:

1. Motivation Inc.'s Motion (DE #145) is partially **GRANTED** only as pertains to the Motion for Extension of Time.

2. Motivation, Inc. will have ten (10) more days than Rule 7.1(c) provides in order to file its Reply.

**DONE AND ORDERED** in Chambers, Southern District of Florida, Miami, Florida this 16th day of October, 2012.

> *[signature]*
> JAMES LAWRENCE KING
> UNITED STATES DISTRICT JUDGE
> SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
All counsel of record