UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
IN ADMIRALTY

JTR ENTERPRISES, LLC,

        Plaintiff,

vs.                              CASE NO. 4:11-CV-10074-JLK

AN UNKNOWN QUANTITY, etc.

        *In Rem* Defendant.
_____/

**APPENDIX TO SPECIALLY APPEARING NON-PARTIES YOUNG CONAWAY STARGATT & TAYLOR, LLP'S AND BRUCE L. SILVERSTEIN, ESQ.'S JOINT (I) MOTION TO QUASH SERVICE OF PROCESS, AND (II) RESPONSE AND MEMORANDUM OF LAW IN OPPOSITION TO MOTIVATION, INC.'S <u>AMENDED MOTION FOR SANCTIONS</u>**

                                              Kendall B. Coffey, FBN 259681
                                              David J. Zack, FBN 641685
                                              COFFEY BURLINGTON, P.L.
                                              2601 South Bayshore Drive, Penthouse
                                              Miami, Florida  33133
                                              Tel.  305-858-2900
                                              Fax.  305-858-5261
                                                        kcoffey@burlington.com
                                                        dzack@coffeyburlington.com
                                                        vmontejo@coffeyburlington.com
                                                        service@coffeyburlington.com
                                              *Counsel for Young Conaway*
                                                *Stargatt & Taylor, LLP and*
                                              *Bruce L. Silverstein, Esq.*


...


## TABLE OF CONTENTS

| Appendix Tab No. | Description |
|---|---|
| 1 | Barr email 7-13-10 12:52 p.m. (D.E. 142-23) |
| 2 | Jay letter to Post 8-12-10 (D.E. 142-29) |
| 3 | Post email 9-9-10 12:55 p.m. (D.E. 82, Ex. A) |
| 4 | New York Investors' Verified Complaint 2-7-11 |
| 5 | Silverstein email to Davis 2-27-11 10:09 a.m. |
| 6 | Silverstein email to Livingston 3-10-11 7:40 p.m. |
| 7 | Scott email to Silverstein 8-10-11 2:56 p.m.<br>Scott email to Silverstein 8-10-11 10:56 p.m. |
| 8 | Certificate of Formation 8-11-11 |
| 9 | Silverstein email to Steve 8-11-11 10:44 a.m. |
| 10 | Silverstein email to Scott 8-13-11 5:37 p.m. |
| 11 | Horan email to Jay 8-18-11 |
| 12 | Silverstein email to Jay 8-18-11 9:32 p.m. |
| 13 | Silverstein email to Horan 8-19-11 10:34 p.m. |
| 14 | Silverstein email to Tobia 8-20-11 10:27 a.m.<br>Silverstein email to Tobia 8-20-11 2:33 p.m.<br>Tobia email to Silverstein 8-21-11 11:41 a.m.<br>Silverstein email to Tobia 9-8-11 5:50 p.m. |
| 15 | Silverstein email to Tobia 8-20-11 2:34 p.m. |
| 16 | Silverstein email to Horan 8-21-11 12:33 p.m. |
| 17 | Silverstein email to Jay 8-21-11 12:46 p.m. |
| 18 | Horan email to Jay 9-5-11 6:02 p.m. |
| 19 | Invoice from Horan, Wallace & Higgins, LLP 9-30-11 |
| 20 | YCST Engagement Letter 9-19-11 |
| 21 | Silverstein email to Horan 10-5-11 6:33 p.m. |
| 22 | Silverstein email to Tobia 10-7-11 7:48 p.m. |
| 23 | Horan letter to White 10-19-11 - MOTIVATION_00010038 |
| 24 | White letter to Horan 10-20-11 - MOTIVATION_00010040 |
| 25 | Horan letter to White 10-21-11 - MOTIVATION_00010042 |
| 26 | Silverstein email to Horan 10-27-11 4:55 p.m. |
| 27 | Silverstein email to Horan 10-27-11 5:00 p.m. |
| 28 | Silverstein email to Holloway 10-28-11 6:01 p.m.<br>Silverstein email to Holloway 11-1-11 11:41 a.m. |

| 29 | Silverstein email to Jay 11-1-11 10:40 p.m. |
|---|---|
| 30 | Horan email to Jay 11-10-11 2:20 p.m. |
| 31 | Silverstein email to Jay 11-10-11 6:48 p.m. |
| 32 | Livingston email to Horan 11-15-11 3:29 p.m. |
| 33 | Horan email to Livingston 11-15-11 4:37 p.m. |
| 34 | Mathewson email to Jay 11-8-11 11:21 p.m. |
| 35 | Mathewson email to Jay 11-21-11 1:12 a.m. |
| 36 | Horan email to Jay 11-30-11 9:55 a.m. |
| 37 | Silverstein email to Horan 11-30-11 10:32 a.m.<br>Livingston email to Horan 11-30-11 5:21 p.m. |
| 38 | Silverstein email 12-6-11 11:06 a.m. |
| 39 | Scott email 12-12-11 1:39 p.m. (D.E. 142-40) |
| 40 | Horan email to Lewis 12-15-11 4:43 p.m. |
| 41 | Lewis email to Horan 12-16-11 7:49 a.m.<br>Horan email to Sullivan 12-16-11 10:14 a.m. |
| 42 | McAllister email 12-16-11 11:41 a.m.<br>Silverstein email 12-18-11 5:12 p.m.<br>Silverstein email 12-19-11 3:30 p.m. (D.E. 142-41) |
| 43 | Silverstein email to Horan 12-18-11 7:10 p.m. |
| 44 | Silverstein emails 1-6-12 and 1-7-12 (D.E. 137-4) |
| 45 | Silverstein email to Steve 1-9-12 2:19 p.m. |
| 46 | Transcript of 1-10-12 Hearing |
| 47 | Stemm email 1-18-12 10:21 a.m.<br>Sullivan email 1-18-12 10:41 p.m. (D.E. 142-42) |
| 48 | Stemm email 2-12-12 3:13 p.m. (D.E. 142-43 through 142-45) |
| 49 | Horan email to Silverstein 2-28-12 5:56 p.m. |
| 50 | Silverstein email to Horan 3-18-12 6:01 p.m. |
| 51 | Sworn Statement of Kent Van Raalte 3-21-12 (D.E. 142-18) |
| 52 | Silverstein email to Jay 3-24-12 1:53 p.m. |
| 53 | Silverstein email to Horan 3-26-12 3:29 p.m. |
| 54 | Silverstein email to Kincannon 4-2-12 3:18 p.m.<br>Horan email to Silverstein 4-2-12 3:54 p.m. |
| 55 | Silverstein email to Sullivan 4-5-12 6:12 p.m. |
| 56 | Janssen email to Silverstein 4-12-12 10:00 a.m. |
| 57 | Silverstein email to Jay 4-13-12 4:18 p.m. |
| 58 | Silverstein email to Steve 4-23-12 7:45 a.m. |

01:15941818.2

| | |
|---|---|
| 59 | Silverstein email to Jay 5-3-12 11:52 a.m. |
| 60 | Janssen email to Jay 5-3-12 12:39 p.m.<br>Siracusa email to Janssen 5-3-12 12:48 p.m.<br>Horan email to Siracusa 5-3-12 3:00 p.m. |
| 61 | Horan email to Silverstein 5-18-12 3:11 p.m. |
| 62 | Silverstein email to Jay 5-21-12 2:02 p.m.<br>Horan email to Silverstein 5-21-12 2:15 p.m.<br>Siracusa email to Jay 5-21-12 3:08 p.m.<br>Horan email to Siracusa 5-21-12 3:46 p.m. |
| 63 | Silverstein email to Horan 5-21-12 4:46 p.m.<br>Horan email to Silverstein 5-21-12 5:09 p.m. |
| 64 | Lazarchick email to Silverstein 5-22-12 4:44 p.m. |
| 65 | Horan email to Siracusa 5-24-12 9:52 a.m. |
| 66 | Siracusa letter to White 5-24-12 |
| 67 | Transcript of 6-18-12 Hearing |
| 68 | Affidavit of Gerry Edwards 7-2-12 (D.E. 94-10) |
| 69 | Janssen email 7-11-12 (D.E. 105-2) |
| 70 | Siracusa email to Jay 8-7-12 11:59 p.m. |
| 71 | Silverstein email to Siracusa 8-8-12 9:09 a.m. |
| 72 | Janssen email to Lewis 8-8-12 5:06 p.m. |
| 73 | Silverstein email to Siracusa 8-10-12 2:06 p.m. |
| 74 | Silverstein email to Siracusa 8-10-12 2:06 p.m. |
| 75 | Horan email to Silverstein 8-14-12 6:30 p.m. |
| 76 | Lewis email to Siracusa 8-15-12 6:24 a.m. |
| 77 | Horan letter to White 10-19-11 (D.E. 123-1) |
| 78 | Silverstein email to Siracusa 9-11-12 4:14 p.m. |
| 79 | White email to Siracusa 10-1-12 1:07 p.m.<br>Silverstein email to Janssen 10-1-12 1:39 p.m.<br>Siracusa email to Silverstein 10-1-12 3:17 p.m. |
| 80 | Silverstein email to Siracusa 10-1-12 3:22 p.m. |
| 81 | Davis email to Janssen 10-1-12 3:55 p.m. |
| 82 | Silverstein email to Janssen 10-1-12 4:59 p.m.<br>Silverstein email to Janssen 10-1-12 6:04 p.m. |
| 83 | Silverstein email to Siracusa 10-1-12 7:36 p.m. |
| 84 | Sullivan email to Siracusa 10-1-12 7:43 p.m. |
| 85 | Reports from Matco and Chemir filed 10-1-12 (D.E. 131-1 and 131-2) |
| 86 | Silverstein email to Siracusa 10-2-12 10:05 a.m. |

01:15941818.2

| | |
|---|---|
| 87 | Silverstein email 10-6-12 12:53 a.m. (D.E. 142-47) |
| 88 | Affidavit of Paul Sullivan 10-9-12 (D.E. 302-6) |
| 89 | Criminal Records of Gerald Edwards and WestLaw Report for Scott Wilding filed 10-10-12 (D.E. 142-15, 142-16, and 142-20) |
| 90 | Barr email 7-13-10 5:16 p.m. (D.E. 142-24 through 142-28) |
| 91 | Silverstein email to Siracusa 10-13-12 8:14 p.m. |
| 92 | Silverstein email to Siracusa 10-13-12 11:19 a.m. Siracusa email to Silverstein 10-13-12 2:17 p.m. |
| 93 | Silverstein email to White 10-19-12 1:51 p.m. |
| 94 | Silverstein email to Holloway 11-6-12 4:03 p.m. |
| 95 | Transcript of Sullivan 11-21-12 Deposition |
| 96 | Motivation's Witness List filed 11-23-12 (D.E. 163-4) |
| 97 | Janssen email to Jay 11-23-12 6:15 p.m. Silverstein email to Siracusa 11-23-12 7:33 p.m. |
| 98 | Janssen email to Silverstein 11-24-12 9:59 a.m. Silverstein email to Janssen 11-24-12 10:57 a.m. |
| 99 | Silverstein email to Holloway 11-24-12 7:07 p.m. Silverstein email to Holloway 11-26-12 1:07 p.m. |
| 100 | Silverstein email to Janssen 11-25-12 4:22 p.m. Janssen email to Silverstein 11-25-12 4:30 p.m. |
| 101 | Excerpts of 11-30-12 and 12-6-12 Hearings (D.E. 302-10 and 302-11) |
| 102 | Transcript of 12-5-12 Hearing |
| 103 | Transcript of 12-6-12 Hearing |
| 104 | Holloway email to White 12-19-12 3:52 p.m. - MOTIVATION_00012099 |
| 105 | Silverstein email to Janssen 12-28-12 1:27 p.m. |
| 106 | Silverstein email to Holloway 1-14-13 2:12 p.m. |
| 107 | Silverstein email to Holloway 1-14-13 2:12 p.m. |
| 108 | Silverstein email to Jay 1-28-13 2:51 p.m. |
| 109 | Morgan email to White 2-9-13 11:05 p.m. - MOTIVATION_00024940 |
| 110 | White email to Morgan 2-12-13 6:30 a.m.- MOTIVATION_00012440 |
| 111 | Morgan email to White 2-13-13 3:30 p.m. - MOTIVATION_00022031 |
| 112 | Lewis email to White 2-15-13 7:11 a.m. - MOTIVATION_00021440 |
| 113 | Lewis email to Fisher 2-19-13 10:59 a.m. Fisher email to Lewis 2-19-13 11:38 a.m. - MOTIVATION_00021668 |
| 114 | Sweeney email to Motivation's Counsel 3-5-13 11:38 a.m. - MOTIVATION_00014643 |
| 115 | Sweeney email to White 3-8-13 1:53 p.m. - MOTIVATION_00033851 |
| 116 | Lewis email to Morgan 3-18-13 7:01 a.m. - MOTIVATION_00023847 |

| | |
|---|---|
| 117 | Lewis email to Morgan 4-9-13 7:34 p.m. - MOTIVATION_00020642 |
| 118 | Lewis email to White 4-16-13 8:34 a.m. - MOTIVATION_00016473 |
| 119 | Sweeney email to Lewis 4-16-13 9:30 a.m. - MOTIVATION_00012423 |
| 120 | Holloway email to White 4-17-13 12:10 p.m. - MOTIVATION_00053030 |
| 121 | Lewis email to Morgan 4-20-13 7:44 a.m. - MOTIVATION_00025993 |
| 122 | Transcript of Taback 5-15-13 Deposition |
| 123 | Lewis email to Morgan 5-17-13 5:59 p.m. - MOTIVATION_00025973 |
| 124 | Morgan email to White 5-22-13 12:29 p.m. - MOTIVATION_00023349 |
| 125 | Morgan email to Siracusa 5-24-13 - MOTIVATION_00042961 |
| 126 | Morgan email to Holloway 6-4-13 12:01 p.m. - MOTIVATION_00025530 |
| 127 | Transcript of 6-10-13 Conference (Civ. Action No. 8070-CS) |
| 128 | Transcript of Steve 6-20-13 Deposition |
| 129 | Lewis email to Morgan 7-1-13 5:49 p.m. - MOTIVATION_00021261 |
| 130 | Holloway email to Lewis 7-31-13 10:09 a.m. - MOTIVATION_00020264 |
| 131 | Holloway email to White 8-26-13 3:34 p.m. - MOTIVATION_00024637 |
| 132 | Lewis email to Holloway 9-6-13 6:42 a.m. - MOTIVATION_00055782 |
| 133 | Transcript of Horan 10-2-13 Deposition |
| 134 | Lewis email to Holloway 11-5-13 (Discussion Points with Birney/Siracusa re JTR) - MOTIVATION_00000830 |
| 135 | Lewis email to Janssen 12-2-13 3:19 p.m.<br>Lewis email to Janssen 12-3-13 9:27 a.m. (D.E. 324-1) |
| 136 | Transcript of 1-13-14 Hearing |
| 137 | Silverstein email to Janssen 1-14-14 12:22 a.m. |
| 138 | Transcript of 1-14-14 Hearing |
| 139 | Transcript of 1-15-14 Hearing |
| 140 | Declaration of John M. Siracusa, Esquire 3-31-14 (D.E. 437-6) |
| 141 | Sweeney email to Silverstein 6-10-14 5:04 p.m. |
| 142 | Sweeney email to Silverstein 6-11-14 4:11 p.m. |
| 143 | Sweeney email to Silverstein 6-12-14 10:12 a.m. |
| 144 | Sweeney email to Silverstein 6-12-14 3:23 p.m. |
| 145 | Horan email to Scott 10-19-11 2:42 p.m. |
| 146 | Sweeney email to Holloway 6-3-13 11:24 a.m. - MOTIVATION_00012987 |

01:15941818.2