UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
"IN ADMIRALTY"

JTR ENTERPRISES, LLC,

   Plaintiff,

vs.

AN UNKNOWN QUANTITY, etc.,   CASE NO. 4:11-CV-10074-JLK

   *In Rem* Defendant,

vs.

MOTIVATION, INC.,
   Claimant.
............................................................/

## NON-PARTY PAUL D. SULLIVAN'S REPLY IN FURTHER SUPPORT OF HIS MOTION TO QUASH SERVICE OF PROCESS

  Non-Party, Paul D. Sullivan, submits this Reply to his Motion to Quash Service of Process [D.E. 457]. Mr. Sullivan will rely on the arguments set forth in his initial Memorandum in Support of the Motion to Quash [D.E. 457] and those the set forth in Young Conway Stargatt & Taylor, LLP's and Bruce L. Silverstein, Esq.'s Reply In Further Support of Their Joint Motion To Quash Service of Process [D.E. 478].

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on September 25, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                Respectfully submitted,

PODHURST ORSECK P.A.
*Attorneys for Paul D. Sullivan*
City National Bank Building, #800
25 West Flagler Street
Miami, FL 33130
Tel: 305-358-2800   Fax: 305-358-2382

By: /s/John Gravante, III
    *JOHN GRAVANTE, III*
    Florida Bar No. 617113
    E-Mail: jgravante@podhurst.com

    *ROBERT C. JOSEFSBERG*
    Florida Bar No. 040856
    E-Mail: rjosefsberg@podhurst.com