UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
"IN ADMIRALTY"

JTR ENTERPRISES, LLC,

        Plaintiff,

vs.

AN UNKNOWN QUANTITY, etc.,      CASE NO. 4:11-CV-10074-KMM

        *In rem* Defendant,

vs.

MOTIVATION, INC.,

        Claimant.
_____/

## SPECIALLY APPEARING NON-PARTY PAUL SULLIVAN'S CROSS-NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Non-Party, Paul Sullivan, specially appearing, hereby files this Cross-Notice of Appeal pursuant to Fed. R. App. P. 4(a)(3) of the following orders made final and appealable by virtue of the entry of the final Order Denying Motion for Additional Factfinding and to Alter or Amend Judgment (D.E. 592):

    (1)    Order Denying Respondent Paul Sullivan's Motion for Sanctions Against Motivation, Inc. and Its Counsel (D.E. 588); and

    (2)    Order Denying Motions to Quash and Setting Final Evidentiary Hearing for November 17, 2014 (D.E. 488).

Dated this 28th day of September, 2015.

                                      Respectfully submitted,

                                      PODHURST ORSECK, P.A.
                                      *Attorneys for Paul D. Sullivan*
                                      City National Bank Building, #800
                                      Miami, FL   33130
                                      Tel: 305 358-2800; Fax: 305 358-2382

                             By:  */s/ John Gravante*
                                      JOHN GRAVANTE
                                      Fla. Bar No. 671113
                                      Email: jgravante@podhurst.com

                                      ROBERT C. JOSEFSBERG
                                      Fla. Bar No. 040856
                                      Email: rjosefsberg@podhurst.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2015, I electronically filed the foregoing document with the Clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                             By:  */s/ John Gravante*
                                      JOHN GRAVANTE