UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
"IN ADMIRALTY"



FILED BY ___HH___
Deputy Clerk
Oct 1, 2015
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

JTR ENTERPRISES, LLC,

        Plaintiff,

vs.

AN UNKNOWN QUANTITY, etc.,      CASE NO. 4:11-CV-10074-KMM

        *In rem* Defendant,

vs.

MOTIVATION, INC.,

        Claimant.
_____/

## SPECIALLY APPEARING NON-PARTY
## PAUL SULLIVAN'S CROSS-NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Non-Party, Paul Sullivan, specially appearing, hereby files this Cross-Notice of Appeal pursuant to Fed. R. App. P. 4(a)(3) of the following orders made final and appealable by virtue of the entry of the final Order Denying Motion for Additional Factfinding and to Alter or Amend Judgment (D.E. 592):

(1)    Order Denying Respondent Paul Sullivan's Motion for Sanctions Against Motivation, Inc. and Its Counsel (D.E. 588); and

(2)    Order Denying Motions to Quash and Setting Final Evidentiary Hearing for November 17, 2014 (D.E. 488).