IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
*IN ADMIRALTY*

FILED BY ___HH___
Deputy Clerk

**Oct 1, 2015**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

JTR ENTERPRISES, LLC,

    Plaintiff,

vs.

                                 CASE NO.: 4:11-CV-10074-JLK

AN UNKNOWN QUANTITY, etc.

    *In Rem* Defendants.

vs.

MOTIVATION, INC.,

    Claimaint.

_____/

**SPECIALLY APPEARING NON-PARTIES
YOUNG CONAWAY STARGATT & TAYLOR, LLP'S
AND BRUCE L. SILVERSTEIN, ESQ.'S NOTICE OF CROSS-APPEAL**

Notice is hereby given that specially appearing non-parties Young Conaway Stargatt &

Taylor, LLP and Bruce L. Silverstein, Esq., hereby cross-appeal to the United States Court of

Appeals for the Eleventh Circuit the following orders and judgments entered in this action by the

District Court, on the dates specified:

1. Order Permitting Discovery of Privileged Materials [D.E. 424] entered 3/10/14;

2. Order Granting Sanctions Against Miscovich and JTR [D.E. 445] entered 6/19/2014;

3. Order Denying Motions to Quash and Setting Final Evidentiary Hearing [D.E. 488] entered 10/30/14;

4. Order Denying Sanctions [D.E. 568] entered 3/15/2015, limited to the district court's holding that it had the inherent power to sanction appellees; and

5. Order Awarding Costs and Fees to Motivation [D.E. 590 and 591] entered 8/17/2015.

**ADAMS AND REESE LLP**

By: /s/ John T. Rogerson, III
    John T. Rogerson, III
    Florida Bar No. 832839
    john.rogerson@arlaw.com
    Caroline M. Prieto
    Florida Bar No. 0070339
    caroline.prieto@arlaw.com
    501 Riverside Avenue, 7th Floor
    Jacksonville, FL 32202
    (904) 355-1700
    (904) 355-1797 (facsimile)

Counsel for Young Conaway Stargatt & Taylor,
LLP and Bruce L. Silverstein, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2015, I electronically filed the foregoing Specially Appearing Non-Parties Young Conaway Stargatt & Taylor, LLP's and Bruce L. Silverstien, Esq.'s Notice of Cross-Appeal with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        /s/ John T. Rogerson, III
                        Attorney