FILED by AP D.C.

OCT 24 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Clerk of Court

Appeals Section

Date: 10/24/2016

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No: 11-10074-CV   JLK

U.S.C.A No:  15-14132-DD

Style:  JTR ENTERPRISES LLC V. COLUMBIAN EMERALDS

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- Exhibits: 0 boxes; 3 folders;
- 0 envelopes; 0 PSIs (sealed)
- [ ] other:
- [ ] other:
- [✓] Other: 1 Sealed Folder w/ DE 13 & 14; 2 Acc. w/ DE 542
- [ ] Other:

Sincerely,
Steven M. Larimore, Clerk of Court
Southern District of Florida

By: _____
Deputy Clerk

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____
   Deputy Clerk
Date 10/24/2016

Attachment
c: court file

S/F A-15
Rev. 10/94

[✓] 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

[ ] 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

[ ] 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

APPEAL,CLOSED,EGT,MEDREQ,REF_DISCOV

# U.S. District Court
## Southern District of Florida (Key West)
### ABRIDGED CIVIL DOCKET FOR CASE #: 4:11-cv-10074-JLK
### Internal Use Only

JTR Enterprises, LLC v. Columbian Emeralds
Assigned to: Senior Judge James Lawrence King
Referred to: Magistrate Judge Edwin G. Torres
Case in other court: 13-10870-C
                       15-14132-D
                       15-14132-D
                       15-14132-D
Cause: 28:1333 Admiralty

Date Filed: 09/06/2011
Date Terminated: 03/27/2015
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff

**JTR Enterprises, LLC**
*a Delaware Limited Liability Company*

represented by **JTR Enterprises, LLC**
c/o 608 Whitehead Street
Key West, Fl 33040
305-294-4585
Fax: 305-294-7822
PRO SE

**John Marcus Siracusa**
Janssen & Siracusa, P.A.
120 South Olive Avenue, Suite 504
West Palm Beach, FL 33401
305 753 9041
Fax: 561 420 0576
Email: jsiracusa@jasilaw.com
*TERMINATED: 03/20/2014*
*ATTORNEY TO BE NOTICED*

**Joseph William Janssen , III**
Janssen & Siracusa, PA
120 South Olive Avenue
Suite 504
West Palm Beach, FL 33401
561-420-0583
Fax: 561-420-0576
Email: jjanssen@jasilaw.com
*TERMINATED: 03/20/2014*
*ATTORNEY TO BE NOTICED*

**Melissa Devlin Lazarchick**
Joseph C. Kempe, P.A.
941 North Highway A1A

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 10/24/2016

Jupiter, FL 33477
561-747-7300
Email: mlazarchick@jasilaw.com
*TERMINATED: 03/20/2014*
*ATTORNEY TO BE NOTICED*

**David Paul Horan**
Horan & Higgins, LLP
608 Whitehead Street
Key West, FL 33040-6549
305-294-4585
Fax: 294-7822
Email: David@hwhkeywest.com
*TERMINATED: 10/10/2012*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**Clawdb LLC**
*TERMINATED: 01/09/2014*

represented by **Jessica L. Martyn**
Troutman Sanders, LLP
150 W. Main Street
Suite 1600
Norfolk, VA 23510
757-687-7706
Email: jessica.martyn@troutmansanders.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Holloway**
Troutman Sanders, LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462
757-687-7724
Email: john.holloway@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Patrick Liszt**
Roig Lawyers
44 W. Flagler Street
Suite 2100
Miami, FL 33130
305-405-0997
Email: cliszt@roiglawyers.com
*ATTORNEY TO BE NOTICED*

                        **Michael Edward Conroy**
McAlpin & Conroy PA
80 SW 8th Street
Suite 2805
Miami, FL 33130
305-810-5400
Fax: 810-5401
Email: mconroy@mcalpinconroy.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Azalp LLC**
*TERMINATED: 01/09/2014*

represented by **Jessica L. Martyn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Holloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Patrick Liszt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Edward Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Darn LLC**
*TERMINATED: 01/09/2014*

represented by **Jessica L. Martyn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Holloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Patrick Liszt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Edward Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**M Ventures LLC**
*TERMINATED: 01/09/2014*

represented by **Jessica L. Martyn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Holloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Patrick Liszt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Edward Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Cedarwood, LLC**
*TERMINATED: 01/09/2014*

represented by **Michael Edward Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Columbian Emeralds**
*An Unknown Quantity, Amethysts and Quartz Crystals located within 3,000 yards of a point located at coordinates 24 57 79 North Latutude and 81 55 54 West Longitude*

**Defendant**

**Lewis & White PLC**
222 W. Georgia Street
Tallahassee, FL 32301
850-425-5000

represented by **Arthur Eugene Lewis , Jr.**
Lewis & White, P. L. C.
222 W. Georgia Street
PO Drawer 1050
Tallahassee, FL 32301-1050
850-425-5000
Fax: 850-425-5004
Email: lawlaw@polaris.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marlow V. White , Jr.**
Lewis & White

|  |  | 222 W. Georgia Street<br>Tallahassee, FL 32301-1139<br>850-425-5000<br>Fax: 425-5004<br>Email: lawlaw@polaris.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Claimant**

**Motivation, Inc.** represented by **Arthur Eugene Lewis , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh J. Morgan**
Law Office of Hugh J. Morgan
317 Whitehead Street
PO Box 1117
Key West, FL 33041
305-296-5676
Email: hugh@hjmorganlaw.com
*TERMINATED: 11/17/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Holloway**
(See above for address)
*TERMINATED: 06/03/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marlow V. White , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Tuthill**
The Law Office of John E. Tuthill
3300 49th Street North
St. Petersburg, FL 33710
(727) 572-4444
Fax: (727) 528-4214
Email: tuthilllaw@aol.com
*TERMINATED: 11/05/2015*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Hugh J Morgan** represented by **Hugh J. Morgan**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Material Witness**

**Paul D. Sullivan**
*TERMINATED: 12/02/2014*

represented by **John Gravante , III**
Podhurst Orseck, P.A.
1 S.E. 3rd Avenue
Suite 2700
Miami, FL 33131
305-358-2800
Fax: 305-358-2382
Email: jgravante@podhurst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2011 | | SYSTEM ENTRY - Docket Entry 13 restricted/sealed until further notice. (nc) (Entered: 10/17/2011) *See Sealed Folder* |
| 10/17/2011 | | SYSTEM ENTRY - Docket Entry 14 restricted/sealed until further notice. (nc) (Entered: 10/17/2011) *See Sealed Folder.* |
| 12/16/2014 | 542 | Exhibit and Witness List of Evidentiary Hearing re: Motivation, Inc., Bruce L Silverstein, Paul D. Sullivan, Young Conaway Stargatt & Taylor. (jw) (Additional attachment(s) added on 9/23/2015: # 1 Supp. Attachment) (ail). (Entered: 12/16/2014) *See Accordion Folders 1 & 2* |